AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Drew Lynn Jennings<br><br>*Defendant(s)* | Case No. 3:22mj51 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Between 6/4/21 and 6/27/21__ in the county of __Wayne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Attempted distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Eric Bailey, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05-26-22

_____
Judge's signature

City and state: Scranton, Pennsylvania       Karoline Mehalchick, Chief U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Eric Bailey ("Your Affiant"), a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Philadelphia Division, being duly sworn, depose and state as follows:

## AFFIANT'S BACKGROUND

1. Your Affiant has been a Special Agent with the FBI since July 2011. I am currently investigating federal violations of criminal law that relate to child pornography and the sexual exploitation of children. I have gained experience in this field through training in seminars, classes, and daily work related to conducting these types of investigations. I have also participated in the execution of numerous search warrants, of which many have involved child exploitation and/or child pornography offenses. In the course of my employment with the FBI, I have also participated in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws; I have also had the opportunity to observe

1

and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 19, 21, 31 and 46 of the United States Code. I submit this affidavit in support of a criminal complaint charging Drew Jennings with attempted distribution of child pornography in violation of Title 18, United States Code §2252(a)(2).

3. The information in this affidavit is based upon my own participation in this investigation and based upon information provided to me by law enforcement officers that directly participated in this investigation. Because this affidavit is submitted for limited purpose of establishing probable cause in support of the application for an arrest warrant, this affidavit does not set forth each and every fact learned by your affiant or other agents in the course of this investigation.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

4. Kik is a freeware instant messaging mobile application. On 7/31/2021 Kik submitted a Cybertip (96932046) to the National Center for Missing and Exploited Children (NCMEC) pertaining to Kik user "dillytown" distributing approximately 37 images and videos, most of which depict child pornography. The images and videos were distributed through Kik between 6/5/2021 and 6/27/2021. Kik provided the IP addresses associated the distribution of the child pornography. IP address 38.123.139.244 was associated with several of the uploads.

5. An open-source search for the provider of IP address 38.123.139.244 associated that IP address with Cogent Communications. Cogent Communications provides Internet connectivity to other companies. Through Cogent's website, a query for IP address 38.123.139.244 revealed it was utilized through Icon Technologies. Icon Technologies is located in Carbondale, PA and provides Internet access to customers in northeastern PA.

6. Subpoenas sent to Icon Technologies resulted in the following information: Icon maintained IP logs as far back as 8/28/2021.

On that date and up until 9/6/2021, IP address 38.123.139.244 was being utilized by account associated with Jennifer Jennings and Tim Jennings at 160 Dunn Road, Honesdale, PA 18431 (residence). This account was first created with Icon on 3/6/2020. Beginning on 9/6/2022 the IP address utilized by this account changed from 38.123.139.244 to 38.123.156.182 and has continued to present date.

7. In March of 2022, an FBI Online Covert Employee (OCE) was included in a Kik chat group titled "yungvidschilddd" with multiple other participants. One of the participants, Kik user: "silentjay1000" with vanity name Jay White, uploaded approximately six videos of child pornography to the Kik group. The profile picture of silentjay1000 depicts that of a shirtless white male.

8. A subpoena was sent to Kik for information associated with the silentjay1000 account. Kik's reply to the subpoena revealed that one of the IP addresses being utilized by the account was 38.123.156.182, the same IP address Icon Technologies associated with the residence.

9. Information provided by Kik also revealed that the silentjay1000 account utilized IP address's associated with AT&T

4

Mobility.

9.  Information provided by Kik also revealed that the silentjay1000 account utilized IP address: 204.186.6.132 in February of 2022. An open-source search reveled this IP address belonged to Settlers Hospitality Group. Settlers Hospitality Group was contacted and provided that their business operates multiple resorts and hotels including the Ledges Hotel in Hawley, PA.

9.  Through open source and law enforcement database searches it was found that likely residents of the residence at 160 Dunn Road include Jennifer Jennings and her husband, Drew Lynn Jennings, date of birth 10/27/1986.

10.  A Pennsylvania Department of Transportation (Penndot) query for Drew Lynn Jennings revealed a visual match to the profile picture of Kik profile silentjay1000. The residence was also listed by Penndot as the address of Drew Lynn Jennings.

11.  On 5/25/2022, a search warrant was conducted at the residence by the FBI. During the execution of that warrant, an Apple iPhone belonging to Drew Jennings was seized. It was determined that

5

the phone number associated with that iPhone (570-267-8764) utilized the AT&T Network. A search of the contents of this phone is pending due to it being passcode protected.

12. An interview with Jennifer Jennings, wife of Drew Jennings, was conducted at the time of the search. Jennifer stated to law enforcement that Drew works construction and that he had recently been doing work at the Ledges Hotel in Hawley, PA. Jennifer also told law enforcement that the Wi-Fi network at her home is password protected and the only people living at her residence are herself, Drew Jennings, and their three young children. Jennifer has never seen anyone outside of her residence attempting to use their Wi-Fi network without their permission.

13. While at the residence, law enforcement confirmed with a cellular devise that the Wi-Fi at the home was password protected.

14. A physical search of the residence revealed multiple electronic devices to include tablet computers and Jennifer's cellular phone. Jennifer stated the tablets were utilized by her three children. All tablets, as well as Jennifer's cellular phone were reviewed by law

enforcement on scene and it was determined that the Kik application was not installed on any of the devises.

## CONCLUSION

Based upon the foregoing, there is probable cause to believe that Drew Lynn Jennings has violated 18 U.S.C. §2252(a)(2), attempted distribution of child pornography.

_____
Special Agent Eric Bailey
Federal Bureau of Investigation

Sworn and subscribed before me this
26th day of May, 2022.

_____
Karoline Mehalchick
Chief United States Magistrate Judge